**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 08-1826**

---

PRAMCO II, LLC,

        Plaintiff - Appellee,

    v.

DAVID M. KISSI,

        Defendant – Appellant,

    and

EDITH TRUVILLION KISSI,

        Defendant,

CARLOS M. RECIO,

        Party-in-Interest,

BANK OF AMERICA, NA; MONTGOMERY COUNTY ACTIVE EMPLOYEES; AMMENDALE LIVING TRUST,

        Garnishees.

---

**No. 08-1827**

---

PRAMCO II, LLC,

        Plaintiff - Appellee,

    v.

DAVID M. KISSI,

        Defendant – Appellant,

    and

EDITH TRUVILLION KISSI,

        Defendant,

RICHARD M. KREMEN,

        Party-in-Interest,

MONTGOMERY COUNTY ACTIVE EMPLOYEES; AMMENDALE LIVING TRUST; KEY BANK & TRUST,

        Garnishees.

---

**No. 08-1829**

---

PRAMCO II, LLC; EMIL HIRSCH; O'CONNOR & HANNAN, LLP,

        Plaintiffs - Appellees,

    v.

DAVID M. KISSI, Individually and in his capacity as Co-Trustee of the Ammendale Living Trust,

        Defendant – Appellant,

    and

EDITH TRUVILLION KISSI, Individually and in her capacity as Co-Trustee of the Ammendale Living Trust; AMMENDALE LIVING TRUST,

        Defendants,

CHRISTOPHER BOWMAR MEAD; RICHARD M. KREMEN; JOSE ANDRADE; DLA PIPER US LLP; ROBERT ERIC GREENBERG,

        Parties-in-Interest,

2

DAVID MUCHOW,

        Respondent,

AMMENDALE LIVING TRUST,

        Garnishee,

    v.

MICHAEL PEARSON; BENNETT AND BAIR, LLP,

        Movants.

-------------------

**No. 08-1835**

-------------------

PRAMCO II, LLC,

        Plaintiff - Appellee,

    v.

DAVID M. KISSI,

        Defendant - Appellant,

    and

EDITH TRUVILLION KISSI,

        Defendant,

MONTGOMERY COUNTY ACTIVE EMPLOYEES; AMMENDALE LIVING TRUST,

        Garnishees.

-------------------

**No. 08-1837**

-------------------

In Re:  DK & R COMPANY,

        Debtor – Party Below.

--------------------------------------------------

DAVID M. KISSI,

         Party-in-Interest – Appellant,

     and

EDITH TRUVILLION KISSI,

         Party-in-Interest,

     v.

RICHARD M.KREMEN,

         Trustee -  Appellee.

---

**No. 08-1872**

---

In Re:  DK & R COMPANY,

         Debtor.

--------------------------------------------

DAVID M. KISSI,

         Party-in-Interest - Appellant,

     and

EDITH TRUVILLION KISSI,

         Party-in-Interest,

     v.

RICHARD M. KREMEN,

         Trustee - Appellee.

4

Appeals from the United States District Court for the District of Maryland, at Greenbelt.  Peter J. Messitte, Senior District Judge.   (8:02-cv-00042-PJM;  8:02-cv-00043-PJM;  8:03-cv-02241-PJM; 8:02-cv-00044-PJM; 8:08-cv-00748-PJM)

Submitted:  April 23, 2009          Decided:  April 29, 2009

Before MICHAEL, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

David M. Kissi, Appellant Pro Se.   Emil Hirsch, James Patrick Ryan, NOSSAMAN, LLP, Washington, D.C.; Maria Ellena Chavez Ruark, DLA PIPER US LLP, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, David M. Kissi appeals from the district court's orders denying as frivolous his multiple motions for recusal, return of fees, and to dissolve a prefiling injunction. We have reviewed the record and find no reversible error. Accordingly, we deny all of Kissi's pending motions and affirm for the reasons stated by the district court. Pramco II, LLC v. Kissi, Nos. 8:02-cv-00042-PJM 8:02-cv-00043-PJM; 8:03-cv-02241-PJM; 8:02-cv-00044-PJM (D. Md. June 20, 2008); Kissi v. Kremen, No. 8:08-cv-00748-PJM (D. Md. June 3, 2008; June 20, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED